# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1801

_____

| | | |
|---|---|---|
| Judy Danielson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| State of Nebraska, Acting by and | * | District of Nebraska. |
| through the Department of Correctional | * | |
| Services and Harold Clarke, | * | **[UNPUBLISHED]** |
| | * | |
| Appellee. | * | |

_____

Submitted: January 6, 2000
Filed: January 14, 2000

_____

Before BOWMAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Judy Danielson, a psychologist formerly employed at a Nebraska prison, appeals from the district court's[1] grant of summary judgment in her employment discrimination action against her former employer. Having carefully reviewed the record, we conclude that summary judgment was appropriate, for the reasons explained by the district court.

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

We also deny her pending motion.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.